UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

VIVIAN D. MONROE,

    Plaintiff,

v.

MIAMI TIMES, INC., a Florida Profit Corporation,
et. al.

    Defendants.
_____/

**DEFENDANTS' NOTICE OF REMOVAL**

Defendants, Miami Times, Inc., a Florida Profit Corporation and Rachel Reeves, individually ("Defendants"), by and through their undersigned counsel, hereby file this Notice of Removal pursuant to 28 U.S. C. §1441 removing this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, the Court in which this action is pending, and states as follows:

### I.    State Court Action

1. This is an action for damages allegedly in excess of $15,000 brought by Plaintiff, Vivian D. Monroe ("Monroe"), a resident of Miami-Dade County, Florida, against Miami Times, Inc. and Rachel Reeves. Plaintiff Monroe commenced the action in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida on or about February 28, 2019 and it is now pending before that Court, identified as *Vivian D. Monroe v. Miami Times, Inc., et. al.* and is designated Case No. 2019-006541-CA-01 (hereafter referred to as the "State Action"). Copies of all pleadings in the State Action are attached hereto as Composite Exhibit "A."

2. The District Court of the United States has original jurisdiction because it is founded upon a claim or right arising under the laws of the United States; more specifically, The Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA").

3. Notice of filing of this Notice of Removal will be served upon Plaintiff immediately following the filing of this Notice, and a copy of the Notice has been furnished this date to the Clerk of the Circuit Court, Eleventh Judicial Circuit in and for Miami-Dade County, Florida, for filing.

4. By filing this Notice of Removal, Defendants do not waive any defenses that may be available to it.

## Federal Jurisdiction

5. This Court has subject matter jurisdiction over the claims of Plaintiff pursuant to 28 U.S.C. § 1441(b), which states, "Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties."

## Timeliness of Notice of Removal

6. This action was filed on or about February 28, 2019. Defendants were served with the Complaint on April 4, 2019. Removal of this action is, therefore, timely under 28 U.S.C. § 1446(b).

## Relief Requested

7. Defendant requests that the United States District Court for the Southern District of Florida, assume jurisdiction over the above-captioned action, and issue such further orders and processes as may be necessary to bring before it all necessary parties.

WHEREFORE, Defendants, Miami Times, Inc., a Florida Profit Corporation and Rachel Reeves, individually, respectfully request that this Court assume jurisdiction over the above-captioned action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial of this action.

> Respectfully submitted,
> Saul Ewing Arnstein & Lehr, LLP
> Northbridge Centre, Suite 1400
> 515 North Flagler Drive
> West Palm Beach, FL 33401
> Telephone:   (561) 833-9800
> Facsimile:   (561) 655-5551
>
>
> By:   /s/ Antoinette Theodossakos
>      Antoinette Theodossakos
>      Florida Bar No. 178608
>      Antoinette.Theodossakos@saul.com
>      susan.brown@saul.com
>      Wpb-ctdocs@saul.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2019 I electronically filed the foregoing document with the Clerk of Court using the Case Management/Electronic Case Files ("CM/ECF").  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        Saul Ewing Arnstein & Lehr, LLP
        Northbridge Centre, Suite 1400
        515 North Flagler Drive
        West Palm Beach, FL33401
        Telephone:   (561) 833-9800
        Facsimile:    (561) 655-5551

By:   /s/ Antoinette Theodossakos
       Antoinette Theodossakos
       Florida Bar No. 178608
       Antoinette.Theodossakos@saul.com
       susan.brown@saul.com
       Wpb-ctdocs@saul.com

## SERVICE LIST

Anthony M. Georges-Pierre, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
agp@rgpattorneys.com
(via email)